IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas MacKinney,<br><br>            Plaintiff,<br>vs.<br><br>Vanguard Health Management Incorporated,<br><br>            Defendant. | No. CV-23-02058-PHX-SPL<br><br>**ORDER** |

    Having reviewed the Notice of Voluntary Dismissal (Doc. 9),

    **IT IS ORDERED** that this matter is **dismissed without prejudice**, each party to bear its own attorneys' fees and costs, and the Clerk of Court shall **terminate** this action accordingly.

    Dated this 17th day of October, 2023.

                                                            Honorable Steven P. Logan
                                                            United States District Judge